IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 217
:
: DISCIPLINARY RULES
FINANCIAL INSTITUTIONS APPROVED :
AS DEPOSITORIES FOR FIDUCIARY : DOCKET
ACCOUNTS :
:

## ORDER

PER CURIAM

AND NOW, this 9th day of February, 2022, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.